| | |
|---|---|
| 1 | Tanya E. Moore. SBN 206683 |
| 2 | MOORE LAW FIRM, P.C.<br>334 North Second Street |
| 3 | San Jose, California  95112<br>Telephone (408) 298-2000 |
| 4 | Facsimile (408) 298-6046<br>E-mails: tanya@@moorelawfirm.com; |
| 5 | service@moorelawfirm.com |
| 6 | Attorney for Plaintiff,<br>Gerardo Hernandez |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERARDO HERNANDEZ,<br><br>Plaintiff,<br><br>vs.<br><br>NATION'S GIANT HAMBURGERS, NO. 5,<br>A CALIFORNIA LIMITED PARTNERSHIP,<br>et al.,<br><br>Defendants. | Case No. 3:24-cv-03735-TSH<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION** |

WHEREAS, Defendants have not filed an answer or motion for summary judgment;

WHEREAS, no counterclaim has been filed;

NOW, THEREFORE, pursuant to settlement, Plaintiff hereby dismisses this action with prejudice in its entirety pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Date: October 17, 2024              MOORE LAW FIRM, P.C.


                                    */s/ Tanya E. Moore*
                                    Tanya E. Moore
                                    Attorney for Plaintiff,
                                    Gerardo Hernandez